189 So. 922

**Otto MILLER v. STATE.**

**8 Div. 887.**

Court of Appeals of Alabama.
May 23, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

177 So. 923

**Eleazer MIMS v. STATE.**

**5 Div. 42.**

Court of Appeals of Alabama.
Nov. 23, 1937.

RICE, Judge.
Appeal dismissed.

180 So. 900

**Griffin MITCHELL v. STATE.**

**8 Div. 608.**

Court of Appeals of Alabama.
April 5, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

185 So. 924

**Roy MITCHELL v. STATE.**

**6 Div. 384.**

Court of Appeals of Alabama.
Dec. 20, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

181 So. 922

**Andrew MOOMAW v. STATE.**

**8 Div. 618.**

Court of Appeals of Alabama.
May 24, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.